IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MICHAEL D. WILLIAMS, JR. and
KRYSTAL L. WILLIAMS,

    Plaintiffs/Counter-Defendant,

vs.

ALLSTATE INSURANCE COMPANY,

    Defendant/Counter-Plaintiff.

No. **2:03CV2577-MlP**
**JURY DEMANDED**

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

It appearing to the satisfaction of the Court, that all things and matters in controversy between Michael F. Williams, Jr. and Krystal Williams and Allstate Insurance Company have been fully settled and compromised, as evidenced by the signatures hereto of counsel for the respective parties, and that the plaintiff's case against defendant and defendant's case against plaintiff should be dismissed with prejudice, with each party to bear their own discretionary costs as allowed under Rule 54 of the Federal Rules of Civil Procedure.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

1.     The plaintiff's cause of action against the defendant is hereby dismissed, with prejudice.

2.     The defendant's cause of action against the plaintiff is hereby dismissed, with prejudice.

3.     Each party shall bear their own discretionary costs as allowed by Rule 54 of the Federal Rules of Civil Procedure. The Court cost shall be taxed against Allstate.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

Entered this __24__ day of __May__, 200_5_.

_____
JUDGE

Date: _____

APPROVED FOR ENTRY:

_____
DAVID M. WALDROP #13079
Attorney for Allstate Insurance Company
9032 Stone Walk Place
Germantown, Tennessee 38138
(901) 759-3489

_____
DOUGLAS A. MCTYIER #8404
Attorney for Michael and Krystal Williams
295 Washington Avenue, Suite 2
Memphis, Tennessee 38173
(901) 523-2364

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:03-CV-02577 was distributed by fax, mail, or direct printing on June 6, 2005 to the parties listed.

---

Douglas A. McTyier
WILSON MCRAE IVY MCTYIER & STRAIN
295 Washington Avenue
Ste. 2
Memphis, TN 38173

David M. Waldrop
HOLLEY WALDROP NEARN & LAZAROV
9032 Stone Walk Place
Germantown, TN 38138

Honorable Jon McCalla
US DISTRICT COURT