UNITED STATES DISTRICT COURT
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

FILED BY _____ D.C.
05 MAY 25 PM 3:26
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

MICHAEL D. WILLIAMS, JR.
and KRYSTAL L. WILLIAMS,

VS

ALLSTATE INSURANCE COMPANY.

**JUDGMENT IN A CIVIL CASE**

CASE NO: 03-2577 Ml/P

---

This matter having been settled by the parties:

**IT IS SO ORDERED AND ADJUDGED** that, in accordance with the Consent Order of Dismissal With Prejudice filed May 24, 2005, this case is DISMISSED with prejudice. Each party shall bear their own discretionary costs; court costs are taxed against the Defendant Allstate Insurance Company.

APPROVED:

_/s/ Jon P. McCalla_
JON PHIPPS MCCALLA
UNITED STATES DISTRICT COURT

May 24, 2005
Date

_____
Clerk of Court

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6/6/05

_____
(By) Deputy Clerk

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:03-CV-02577 was distributed by fax, mail, or direct printing on June 6, 2005 to the parties listed.

---

Douglas A. McTyier
WILSON MCRAE IVY MCTYIER & STRAIN
295 Washington Avenue
Ste. 2
Memphis, TN 38173

David M. Waldrop
HOLLEY WALDROP NEARN & LAZAROV
9032 Stone Walk Place
Germantown, TN 38138

Honorable Jon McCalla
US DISTRICT COURT